# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ROBERT WOLFE,<br><br>                Defendant. | 2:13-mj-00776-VCF<br><br>**MINUTE ORDER** |
|---|---|

On September 27, 2013, retained counsel, John Parris, Esq. for Ben Nadig, Esq., appeared on behalf of Robert Wolfe at his initial appearance. (#4). On July 2, 2014, Ben Nadig, Esq. filed his Motion to Withdraw as Attorney, stating that there has been a deterioration of the attorney-client relationship. (#93). On July 3, 2014, the court held a hearing on the Motion to Withdraw as Attorney. Defendant has retained Louis C. Schneider, Esq. to represent him in this matter. Good cause appearing, the Motion to Withdraw as Attorney is granted.

Accordingly,

IT IS HEREBY ORDERED that the Motion to Withdraw as Attorney (#93) is GRANTED.

IT IS FURTHER ORDERED that Mr. Ben Nadig must forthwith forward to Mr. Schneider all documents in Mr. Nadig's possession which relate to his prior representation of Mr. Wolfe.

The court clerk is directed to update the docket to reflect Mr. Louis c. Schneider, Esq. as current counsel for Mr. Wolfe and to email a copy of this order to Mr. Nadig.

DATED this 3rd day of July, 2014.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE