Louis C. Schneider, Esq.
Nevada Bar Number: 9683
430 South Seventh Street
Las Vegas, NV 89101
PH:   (702) 435-2121
FAX: (702) 431-3807
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br><br>ROBERT WOLFE,<br><br>     Defendant. | Case Number: 2:15-CR-00050-001<br><br>**Stipulation and Order to Allow Travel<br>For Medical Reasons** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between DANIEL G. BOGDEN, United States Attorney, and CRISTINA SILVA, Assistant United States Attorneys, counsel for the United States of America, and LOUIS C. SCHNEIDER, counsel for defendant ROBERT WOLFE, that ROBERT WOLFE be allowed to travel to California to undergo necessary medical testing / treatments. This stipulation is entered for the following reasons:

1. The parties agree to the allowance.

2. The defendant is not incarcerated.

3. The defendant can come and go with permission of his pre-trial officer

4. The defendant must provide the travel plans to his pretrial officer.

5. Defendant has been ordered to undergo a PET Scan by his attending physician for a brain aneurysm which was detected by an earlier procedure. Defendant cannot have an MRI done

locally, because he has a pacemaker.

6. Defendant will be travelling to UCI Neuroscience Imaging Center, Irvine Hall Room 181 at 1001 Health Sciences Road, Irvine, CA 92697.

7. Defendant will leave Las Vegas on Thursday, November 3, 2016 and return on Friday, November 4, 2016.

8. Defendant is not subject to a curfew while out of the district and therefore will be subjected to other requirements by pretrial as necessary.

DATED this 31st day of October, 2016.

Respectfully submitted,

LOUIS C. SCHNEIDER, ESQ.
Nevada Bar No.: 9683
430 South 7th Street
Las Vegas, Nevada 89101
(702) 435-2121
Attorney for Defendant

---

DANIEL G. BOGDEN
United States Attorney

/s/ Cristina Silva
CRISTINA SILVA
Assistant United States Attorney

Louis C. Schneider, Esq.
Nevada Bar Number: 9683
430 South Seventh Street
Las Vegas, NV 89101
PH:    (702) 435-2121
FAX:   (702) 431-3807
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT WOLFE,

    Defendant.

Case Number: 2:15-CR-00050-001

**ORDER**

### ORDER TO ALLOW TRAVEL FOR MEDICAL REASONS

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties agree to the allowance.

2. The defendant is not incarcerated.

3. The defendant can come and go with permission of his pre-trial officer

4. The defendant must provide the travel plans to his pretrial officer.

5. Defendant has been ordered to undergo a PET Scan by his attending physician for a brain

    aneurysm which was detected by an earlier procedure. Defendant cannot have an MRI done

locally, because he has a pacemaker.

6. Defendant will be travelling to UCI Neuroscience Imaging Center, Irvine Hall Room 181 at 1001 Health Sciences Road, Irvine, CA 92697.

9. Defendant will leave Las Vegas on Thursday, November 3, 2016 and return on Friday, November 4, 2016.

7. Defendant is not subject to a curfew while out of the district and therefore will be subjected to other requirements by pretrial as necessary.

For all the above-stated reasons, the ends of justice would be best served by a continuance of the preliminary hearing date.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the sentencing hearing, taking into account the exercise of due diligence.

The continuance sought herein allowed, with the defendant's consent, pursuant to Federal Rules of Procedure 5.1(d).

## ORDER

IT IS THEREFORE ORDERED that the Defendant be allowed to travel to Irvine, California to undergo this specialized medical procedure.

Dated: November 1, 2016.

_____
THE HONORABLE ANDREW GORDON
UNITED STATES DISTRICT JUDGE