DANIEL G. BOGDEN
United States Attorney
District of Nevada
ANDREW W. DUNCAN
CRISTINA D. SILVA
Assistant United States Attorney
Nevada Bar No. 13760
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Fax: 702-388-5087
andrew.duncan@usdoj.gov
cristina.silva@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00050-APG-PAL |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| vs. | |
| ROBERT WOLFE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney; and Cristina Silva, Assistant United States Attorney, counsel for the United States of America, and Louis Schneider, Esq., counsel for defendant ROBERT WOLFE, that defendant's sentencing, currently scheduled for February 23, 2017 at 10:00 am be continued for to a date and time in April of 2017 for the following reasons:

1. Counsel for the Government is in trial in *United States v. Wetselaar, et al.*, 2:11-cr-00347-KJD. Trial is expected to last approximately 3-4 more weeks.

2. Counsel the Defendant has no objection to a continuance.

3. The defendant is not in custody and does not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice as counsel for the Government is unavailable.

DATED this 23rd day of February, 2017.

DANIEL G. BOGDEN
United States Attorney

/s/
CRISTINA D. SILVA
Assistant United States Attorney

/s/
LOUIS SCHNEIDER, ESQ.
Counsel for Defendant WOLFE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT WOLFE,

    Defendant.

Case No.: 2:15-cr-00050-APG-PAL

**ORDER**

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the Government is in trial in *United States v. Wetselaar, et al.*, 2:11-cr-00347-KJD. Trial is expected to last approximately 3-4 more weeks.

2. Counsel the Defendant has no objection to a continuance.

3. The defendant is not in custody and does not object to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice as counsel for the Government is unavailable.

For all of the above-stated reasons, the end of justice would best be served if Defendant's sentencing was rescheduled.

…

…

1

ORDER

IT IS FURTHER ORDERED that defendant's sentencing currently scheduled for February 23, 2017 at 10:00 a.m. be vacated and continued to April 19, 2017 at 1:30 p.m. in Courtroom 6C.

DATED this 22nd day of February, 2017.

_____
HONORABLE ANDREW P. GORDON
United States District Court Judge